IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiff-Appellee<br><br>v.<br><br>PRESIDENT, UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants-Appellants,<br><br>and<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME<br><br>Intervenor-Defendant-Appellant. | Nos. 17-3752, 17-1253 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Attorney Matthew M. Collette respectfully notifies this Court that he is withdrawing from representing the federal Defendants-Appellants in the above-captioned appeals. Other federal-government counsel listed on the docket in this appeal remain counsel of record.

Respectfully submitted,

<u>/s/ Matthew M. Collette</u>
MATTHEW M. COLLETTE
 (202) 514-4214
Deputy Director
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7527
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Matthew M. Collette*
Matthew M. Collette
